# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | Johnson, Waverly | § | Case No. 09 B 19155 |
|---|---|---|---|
| | | § | |
| | Debtor | § | |
| | | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/27/2009.

2) The plan was confirmed on 11/16/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/01/2010.

5) The case was dismissed on 04/26/2010.

6) Number of months from filing or conversion to last payment: 11.

7) Number of months case was pending: 13.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $2,075.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,425.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$1,425.00** |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $1,099.80 | |
| Court Costs | $0 | |
| Trustee Expenses & Compensation | $92.49 | |
| Other | $0 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$1,192.29** |

Attorney fees paid and disclosed by debtor     $200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Illinois Dept Of Public Aid | Priority | $0 | NA | NA | $0 | $0 |
| Internal Revenue Service | Priority | NA | $51.26 | $51.26 | $0 | $0 |
| Midwest Title Loans | Secured | $1,500.00 | $1,500.00 | $1,500.00 | $232.71 | $0 |
| A All Financial | Unsecured | $177.33 | NA | NA | $0 | $0 |
| AIS Services | Unsecured | $409.00 | $408.80 | $408.80 | $0 | $0 |
| Allen Lewis & Associates | Unsecured | $412.72 | NA | NA | $0 | $0 |
| Allied Interstate | Unsecured | $74.00 | NA | NA | $0 | $0 |
| Allied Interstate | Unsecured | $641.00 | NA | NA | $0 | $0 |
| American Collection Corp | Unsecured | $471.00 | NA | NA | $0 | $0 |
| American Coradius | Unsecured | $80.31 | NA | NA | $0 | $0 |
| American Recovery System | Unsecured | $762.00 | NA | NA | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | $346.50 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | $173.00 | $134.51 | $134.51 | $0 | $0 |
| Asset Acceptance | Unsecured | $796.00 | $798.40 | $798.40 | $0 | $0 |
| AT&T | Unsecured | $581.00 | NA | NA | $0 | $0 |
| Calvary Portfolio | Unsecured | $43.00 | NA | NA | $0 | $0 |
| Card Protection Association | Unsecured | $199.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Cardiac Billing Services | Unsecured | $25.00 | NA | NA | $0 | $0 |
| Chase | Unsecured | $80.31 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $10,898.40 | $10,898.40 | $10,898.40 | $0 | $0 |
| Columbia House | Unsecured | $55.19 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $708.42 | NA | NA | $0 | $0 |
| Consultants In Clinical Pathol | Unsecured | $72.00 | NA | NA | $0 | $0 |
| Credit Protection Association | Unsecured | $85.00 | NA | NA | $0 | $0 |
| Dr Gregory Rosenstein | Unsecured | $395.00 | NA | NA | $0 | $0 |
| Emergency Room Care Providers | Unsecured | $693.00 | NA | NA | $0 | $0 |
| ER Solutions | Unsecured | $548.00 | NA | NA | $0 | $0 |
| Harris & Harris | Unsecured | $1,021.00 | NA | NA | $0 | $0 |
| Helvey & Associates Inc | Unsecured | $135.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $83.00 | NA | NA | $0 | $0 |
| Illinois Dept Of Human Services | Unsecured | NA | $1,437.00 | $1,437.00 | $0 | $0 |
| Internal Revenue Service | Unsecured | $12,000.00 | $22,284.50 | $22,284.50 | $0 | $0 |
| Island National Group | Unsecured | $210.03 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $210.00 | $210.03 | $210.03 | $0 | $0 |
| Jeffro Furniture Company | Unsecured | $506.00 | NA | NA | $0 | $0 |
| LaSalle Bank NA | Unsecured | $81.00 | NA | NA | $0 | $0 |
| Lenox Collections | Unsecured | $166.79 | NA | NA | $0 | $0 |
| Linebarger Goggan Blair & Simpson | Unsecured | $956.30 | NA | NA | $0 | $0 |
| Little Company Of Mary Hospital | Unsecured | $5,490.00 | NA | NA | $0 | $0 |
| Medical Business Bureau Inc | Unsecured | $395.00 | NA | NA | $0 | $0 |
| Medical Collections | Unsecured | $359.00 | NA | NA | $0 | $0 |
| Mitchell N Kay | Unsecured | $715.12 | NA | NA | $0 | $0 |
| Monterey Collection Service | Unsecured | $1,250.00 | NA | NA | $0 | $0 |
| NCO Financial Services Inc | Unsecured | $55.19 | NA | NA | $0 | $0 |
| North Shore Agency Inc | Unsecured | $48.92 | NA | NA | $0 | $0 |
| One Iron Ventures | Unsecured | $420.00 | NA | NA | $0 | $0 |
| Orizon Pathology Foundation | Unsecured | $125.90 | NA | NA | $0 | $0 |
| Paragon Way Inc | Unsecured | $427.35 | NA | NA | $0 | $0 |
| Pay Day Loans | Unsecured | $350.15 | NA | NA | $0 | $0 |
| Pay Day Loans | Unsecured | $797.22 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $1,396.00 | $1,396.28 | $1,396.28 | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $454.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | NA | $453.68 | $453.68 | $0 | $0 |
| Premier Credit | Unsecured | $227.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Provident Hospital | Unsecured | $956.30 | NA | NA | $0 | $0 |
| Radiology Imaging Specialists | Unsecured | $101.00 | NA | NA | $0 | $0 |
| Receivables Management Inc | Unsecured | $150.00 | $150.00 | $150.00 | $0 | $0 |
| Recovery Management Systems Corp | Unsecured | NA | $715.12 | $715.12 | $0 | $0 |
| Sage Telecom | Unsecured | $193.11 | NA | NA | $0 | $0 |
| SIR Finance Corporation | Unsecured | $991.00 | NA | NA | $0 | $0 |
| Specified Credit Assoc | Unsecured | $2,400.00 | NA | NA | $0 | $0 |
| Sprint Nextel | Unsecured | $199.13 | $548.60 | $548.60 | $0 | $0 |
| State Collection Service | Unsecured | $1,334.00 | NA | NA | $0 | $0 |
| State Collection Service | Unsecured | $1,081.00 | NA | NA | $0 | $0 |
| State of Illinois | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Sunrise Credit Services,Inc. | Unsecured | $210.03 | NA | NA | $0 | $0 |
| Uptown Cash | Unsecured | $425.00 | NA | NA | $0 | $0 |
| US Cash Loan Machine | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Washu Partners Calumet City | Unsecured | $882.37 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $1,500.00 | $232.71 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $1,500.00 | $232.71 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $51.26 | $0 | $0 |
| **TOTAL PRIORITY:** | $51.26 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $39,435.32 | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| | |
|---|---:|
| **Disbursements:** | |
|     Expenses of Administration | $1,192.29 |
|     Disbursements to Creditors | $232.71 |
| **TOTAL DISBURSEMENTS:** | $1,425.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: June 8, 2010        By: /s/ MARILYN O. MARSHALL
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.